**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00394-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  PEDRO LOYA-HERNANDEZ,
    a/k/a Ramon Hernandez-Loya,

    Defendant.

## MINUTE ORDER[1]

    The matter comes before the court *sua sponte*. Due to a conflict in the court's calendar, the Sentencing hearing set for February 12, 2010, is **VACATED** and **RESET** to **February 19, 2010**, at 1:30 p.m.

    Dated:  February 12, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.